CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Edilzer Arturo Garcia-Lopez**<br>YOB: 1990; Citizen of Guatemala | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-01572MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about January 28, 2026, at or near Newfield, in the District of Arizona, **Edilzer Arturo Garcia-Lopez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on August 8, 2025, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about January 28, 2026, at or near Sasabe, in District of Arizona, **Edilzer Arturo Garcia-Lopez**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Edilzer Arturo Garcia-Lopez** is a citizen of Guatemala. On August 8, 2025, **Edilzer Arturo Garcia-Lopez** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On January 28, 2026, agents found **Edilzer Arturo Garcia-Lopez** in the United States at or near Newfield, Arizona without the proper immigration documents. **Edilzer Arturo Garcia-Lopez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Edilzer Arturo Garcia-Lopez** admitted to illegally entering the United States of America from Mexico on or about January 28, 2026, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Carlo A. Moreno<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>January 30, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Hopkins